**DeNITTIS OSEFCHEN PRINCE, P.C.**
Stephen P. DeNittis (SD-0016)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
Phone No:  (856) 797-9951
Fax No:  (856) 797-9978

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTIAN REID, ELIZABETH RIVERA, and DANA LANE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC; RCN RCN TELECOM SERVICES (LEHIGH), LLC; and PATRIOT MEDIA CONSULTING, LLC;<br><br>Defendants. | CIVIL ACTION NO. 3:20-CV-12571 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO ALL DEFENDANTS PURSUANT TO**
**RULE 41(1)(A)(ii)**

The plaintiff, Christian Reid, hereby files this stipulation dismissing his Complaint with prejudice and without costs per Rule 41(1)(A)(ii) filed against all defendants.

DeNITTIS OSEFCHEN PRINCE, P.C.        GREENBERG TRAURIG, LLP
525 Route 73 North, Suite 410         500 Campus Drive, Suite 400
Marlton, New Jersey 08053             Florham Park, New Jersey 07932
Attorneys for Plaintiff               Attorneys for Defendants

By:  */s/ Stephen P. DeNittis*        By:  */s/ David E. Sellinger*
     STEPHEN P. DeNITTIS                   DAVID E. SELLINGER

Date:  September 19, 2022             Date: September 19, 2022

1