**DeNITTIS OSEFCHEN PRINCE, P.C.**
Stephen P. DeNittis (SD-0016)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
Phone No: (856) 797-9951
Fax No: (856) 797-9978

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTIAN REID, ELIZABETH RIVERA, and DANA LANE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC; RCN RCN TELECOM SERVICES (LEHIGH), LLC; and PATRIOT MEDIA CONSULTING, LLC;<br><br>Defendants. | CIVIL ACTION NO. 3:20-CV-12571 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO ALL DEFENDANTS PURSUANT TO**
**RULE 41(1)(A)(ii)**

The plaintiff, Christian Reid, hereby files this stipulation dismissing his Complaint with prejudice and without costs per Rule 41(1)(A)(ii) filed against all defendants.

| | |
|---|---|
| DeNITTIS OSEFCHEN PRINCE, P.C.<br>525 Route 73 North, Suite 410<br>Marlton, New Jersey 08053<br>Attorneys for Plaintiff<br><br>By: */s/ Stephen P. DeNittis*<br>    STEPHEN P. DeNITTIS<br><br>Date: September 19, 2022 | GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Attorneys for Defendants<br><br>By: */s/ David E. Sellinger*<br>    DAVID E. SELLINGER<br><br>Date: September 19, 2022 |

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 9/20/2022

1